UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY D. JENKINS, III,<br><br>                    Plaintiff,<br><br>          v.<br><br>C/O CAMPOSE, C/O ROYSE, LEE YOUNG, JONI AIYEKU, AND LISA ESTES,<br><br>                    Defendants. | No.  4:14-CV-5111-EFS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Rodger's Report and Recommendation to Dismiss Complaint Against Defendant Lisa Estes, ECF No. 10.  No objections have been filed.  Having reviewed the Report and Recommendation and the relevant authority, the Court adopts the Magistrate Judge's legal analysis and conclusions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation to Dismiss Complaint Against Defendant Lisa Estes, **ECF No. 10**, is **ADOPTED**.
2. The Complaint is **DISMISSED IN PART with prejudice** as to Defendant Estes, and Defendant Estes is **TERMINATED**.

/

/

/

ORDER **-** 1

**3.** The case is **REFERRED** back to Magistrate Judge Rodgers.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to counsel, Mr. Jenkins, and Magistrate Judge Rodgers.

**DATED** this  9th  day of March 2015.

                              s/Edward F. Shea
                             EDWARD F. SHEA
                 Senior United States District Judge

Q:\EFS\Civil\2014\5111.adopt.report.and.rec.lc2.docx

ORDER **-** 2