UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SIDNEY JENKINS, III,<br><br>    Plaintiff,<br><br>vs.<br><br>C/O CAMPOSE, C/O ROYSE, LEE YOUNG and JONI AIYEKU,<br><br>    Defendants. | No. 4:14-CV-5111-LRS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

    The parties' Stipulated Motion For Order Of Dismissal (ECF No. 68) is **GRANTED** and this action is **DISMISSED with prejudice** and without costs or fees to any party.

    The court declines to retain jurisdiction to enforce the terms of the parties' Settlement Agreement. It is not apparent why the court should retain jurisdiction and "the mere fact that the parties agree that the court [shall] exercise continuing jurisdiction is not binding on the court." *Arata v. Nu Skin Int'l*, 96 F.3d 1265, 1269 (9th Cir. 1996).

    **IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide copies to Plaintiff and to counsel for Defendants, and **CLOSE** this file.

    **DATED** this   29th   day of March, 2018.

                                                *s/Lonny R. Suko*
                                            LONNY R. SUKO
                              SENIOR U.S. DISTRICT COURT JUDGE

**ORDER GRANTING
STIPULATED MOTION FOR DISMISSAL- 1**